

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00446-CV

**JAY PARKER AND LINDSEY PARKER,**

                                                                **Appellants**

 **v.**

**GLENN WEBER,**

                                                                **Appellee**

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2015-2039-3**

## ORDER REQUESTING A RESPONSE

Appellee's Motion for Rehearing was filed on May 30, 2018. The Court requests a response from appellants. *See* TEX. R. APP. P. 49.2. Appellants' response must be filed within 14 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Order issued and filed July 3, 2018

